IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE PRICE<br><br>*Plaintiff*<br><br>vs.<br><br>STARBUCKS CORPORATION d/b/a<br>STARBUCKS COFFEE COMPANY<br>-and<br>PAUL MASTROPIERI<br><br>*Defendants*<br><br>vs.<br><br>MATTHEW GUYER t/a THE BEER YARD<br>-and-<br>DREW BROCHET, JR. t/a COASTAL POWER WASHING SYSTEMS<br><br>*Third-Party Defendants* | CIVIL ACTION NO. 12-0721<br><br><br><br>FILED<br>MAR 27 2012<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby STIPULATED and AGREED on this 23rd day of March 2012, by and between counsel for all represented parties in the above-captioned matter, that Plaintiff voluntarily dismisses this action pursuant to F.R.C.P. 41(a)(1)(A)(ii), without prejudice, so that Plaintiff may file suit against the Defendants and Third-Party Defendants in State Court.

| | |
|---|---|
| **SWARTZ CULLETON PC**<br><br>/s/Brandon A. Swartz_____<br>Attorney for Plaintiff,<br>Jamie Price | **DAVIS, BUCCO & ARDIZZI**<br><br>/s/Robert D. Ardizzi_____<br>Attorney for Defendant,<br>Paul Mastropieri |

CIPRIANI & WERNER, P.C.

/s/Salvatore Vilardi
Attorneys for Defendant,
Starbucks Corporation d/b/a Starbucks Coffee Company

The foregoing Stipulation is hereby approved by the Court on this **26th** day of **March**, 2012.

BY THE COURT:

TIMOTHY J. SAVAGE, J.